UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HECTOR NUNEZ, et al.,

                    Plaintiffs,

        -against-

LIBERTY PLACE PROPERTY MANAGEMENT, et al.,

                    Defendants.

-----------------------------------------------------------------X

19-CV-05743 (PAE)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Monday, March 2, 2020, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, February 24, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 6, 2020
                New York, New York