UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HECTOR NUNEZ,

                            Plaintiff,

-against-

CADILLAC OF GREENWICH, INC., et al.,

                           Defendants.
-----------------------------------------------------------------X

19-CV-05743 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of recent public health developments, the settlement conference scheduled for Thursday, April 2, 2020, at 10:00 a.m. will be conducted telephonically rather than in person. The Court will provide dial-in information by email before the conference. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

DATED:     March 18, 2020
               New York, New York