```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HECTOR NUNEZ, et al.,

                Plaintiffs,

  -against-

LIBERTY PLACE PROPERTY MANAGEMENT, et al.,

                Defendants.

------------------------------------------------------------------X

19-CV-5743 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on April 2, 2020, and agreed to the terms of a settlement in principle. The parties are instructed to submit the executed settlement agreement for the Court's review no later than Tuesday, May 12, 2020. The settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 6, 2020
              New York, New York