# JOSEPH & NORINSBERG, LLC

225 Broadway Suite 2700
New York, NY 10007
Telephone (212) 227-5700
Fax (212) 406-6890
_____
www.employeejustice.com

June 10, 2020

**BY ECF**
Judge Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

    Re: ***Nunez et al v. Liberty Place Property Management et al.,***
       ***Docket No.: 1:19-cv-05743 (PAE) (SN)***

Dear Judge Netburn:

  This firm represents Plaintiffs Hector Nunez, Esteban Rosario-Reyes and Blas Diaz (collectively, "Plaintiffs") in the above-referenced employment matter, against Defendants Liberty Place Property Management, CRP Park Avenue, LLC, and LPPM Payroll, LLC (collectively, "Defendants"). We write now, on behalf of all parties, in compliance with this Court's May 6, 2020 Order and subsequent Orders [Dkt. Nos. 37, 39, 41, 43], to respectfully seek judicial approval of the Settlement Agreement annexed hereto.[1] Additionally, the parties respectfully request that the executed voluntary dismissal annexed to the Settlement Agreement as Exhibit B be "So-Ordered" by the Court.

  We thank the Court for its consideration of this request.

            Respectfully submitted,

            _____
            Chaya M. Gourarie, Esq.

---

[1] The undersigned apologizes for the one-day delay in filing the within Settlement Agreement. Plaintiffs were unable to file the fully executed settlement agreement until today, as they were waiting to receive several outstanding documents from the Defendants.