```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HECTOR NUNEZ,

                      Plaintiff,                      19-CV-5743 (SN)

      -against-                                  **ORDER**

LIBERTY PLACE PROPERTY MANAGEMENT, et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on April 2, 2020, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on June 10, 2020. ECF No. 44. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     June 11, 2020
               New York, New York