USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
HECTOR NUNEZ, ESTEBAN ROSARIO-REYES, and BLAS DIAZ, on behalf of themselves and all others similarly situated,

           Plaintiffs,

    -against-

LIBERTY PLACE PROPERTY MANAGEMENT, LPPM PAYROLL, LLC, and CRP PARK AVENUE, LLC,

           Defendants.
-------------------------------------------------------------------------X

Docket No.: 19-CV-5743 (PAE)

**STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel of record for Plaintiffs and Defendants that any and all claims asserted by Plaintiffs in the above-entitled action are hereby discontinued and dismissed, with prejudice, as against Defendants LIBERTY PLACE PROPERTY MANAGEMENT, LPPM PAYROLL, LLC, and CRP PARK AVENUE, LLC, without costs or attorneys' fees to any party as against another.

Date:   New York, New York
          June 10, 2020

| JOSEPH & NORINSBERG, LLC | CLIFTON BUDD & DeMARIA, LLP |
|---|---|
| BY: _____ | BY: *Arthur Robb*_____ |
| Chaya M. Gourarie, Esq. | Arthur Robb, Esq. |
| 225 Broadway, Suite 2700 | Kathryn E. Cronin, Esq. |
| New York, New York 10007 | The Empire State Building |
| Phone: (212) 227-5700 | 350 Fifth Avenue, 61st Floor |
| *Attorneys for Plaintiffs* | New York, New York 10118 |
| | (212) 687-7410 |

**SO ORDERED.**

                                  _____
                                  SARAH NETBURN
                                  United States Magistrate Judge

Dated:   June 11, 2020
            New York, New York